## Shuey *v.* Lebanon County, Appellant.

Argued January 7, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Paul H. Rhoads*, with him *Frank A. Sinon, Henry W. Rhoads, Earl L. Brubaker*, County Solicitor, and *Rhoads, Sinon & Reader*, for appellants.

*Philip S. Davis*, with him *Stanley W. Katz*, and *Davis & Katz*, for appellees.

OPINION PER CURIAM, January 9, 1964:

The petition for original jurisdiction is dismissed. The petition for certiorari was granted because of an apparent emergency. After argument, the preliminary objections are sustained and the complaint is dismissed without prejudice. Each party to pay own costs.

---

DISSENTING OPINION BY MR. JUSTICE COHEN:

The writ of certiorari having been improvidently granted, I would remand the record to the court below. Appellant here seeks an advisory opinion, to which request our Court should not accede.